# ADVERSARY PROCEEDING COVER SHEET

**ADVERSARY PROCEEDING NUMBER**

| PLAINTIFF<br>David M. Nickless, Trustee | DEFENDANTS<br>Prime Title Services, Inc.<br>Erin McSweeney<br>Peter Pappas and<br>The Massachusetts IOLTA Committee |
|---|---|
| ATTORNEY (Firm Name, Address, and Telephone No.)<br>Nickless and Phillips, P.C.<br>Susan H. Christ<br>625 Main Street<br>Fitchburg, MA 01420<br>978-342-4590 | ATTORNEY (Firm Name, Address, and Telephone No.) |
| PARTY (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>X Trustee | PARTY (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor **X Other**<br>☐ Trustee |

**CAUSE OF ACTION:** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Turnover of Property §542

## NATURE OF SUIT
(Number of up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
X 11 - Recovery of money/property - § 542 turnover of property
☐ 12 - Recovery of money/property - § 547 preference
☐ 13 - Recovery of money/property - § 548 fraudulent transfer
☐ 14 - Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21 – Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale Property**
☐ 31 – Approval of sale of property of estate and of a co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41 – Objection/ revocation of discharge § 727 (c),(d),(e)

**FRBP 7001 (5) Revocation of Confirmation**
☐ 51 – Revocation of Confirmation

**RFBP 7001(6) – Dischargeability**
☐ 66 - Dischargeability - § 523(a)(1), (14), (14a) priority tax claims
☐ 62 – Dischargeability - § 523(a)(2), false pretenses, false representation, actual fraud
☐ 67 - Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61 - Dischargeability - § 523(a)(5), domestic support
☐ 68 - Dischargeability - § 523(a)(6), willful and malicious injury
☐ 63 - Dischargeability - § 523(a)(8), student loan
☐ 64 - Dischargeability - § 523(a)(15), divorce of separation obligation (other than domestic support)
☐ 65 - Dischargeability - other

**FRBP 7001 (7) – Injunctive Relief**
☐ 71 – Injunctive relief – imposition of stay
☐ 72 – Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81 – Subordination of claim or interest

**FRBP 7001 (9) Declaratory Judgment**
☐ 91 – Declaratory Judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01 – Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§ 78aaa *et. seq.*
☐ 02 – Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Prime Mortgage Financial, Inc. | BANKRUPTCY CASE NUMBER<br>08-40238-JBR | |
| DISTRICT IN WHICH CASE IS PENDING<br>Western Division | DIVISIONAL OFFICE<br>Worcester | NAME OF JUDGE<br>Joel B. Rosenthal |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Susan H. Christ | | |
| DATE:<br>March 6, 2009 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Susan H. Christ | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re<br>Prime Mortgage Financial, Inc.<br>    Debtor | Chapter 7<br>No. 08-40238-JBR |
| David M. Nickless, Trustee,<br>    Plaintiff<br><br>v.<br><br>Prime Title Services, Inc.,<br>Erin McSweeney, Peter Pappas and<br>The Massachusetts IOLTA Committee<br>    Defendants | Adv. Pro.<br>No. 09- |

## COMPLAINT FOR ACCOUNTING AND TURNOVER

### JURISDICTION

1. This is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. §157(b) and §1334.

### PARTIES

2. On January 29, 2008, Prime Mortgage Financial, Inc., a Massachusetts Corporation ("the Debtor") filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code. The Debtor's principal office is located at 2 Park Central Drive, Ste. 300, Southborough, MA 01772.

3. On January 30, 2008 David M. Nickless was duly appointed Trustee (hereinafter the "Trustee").

4. The Defendant, Prime Title Services, Inc. ("Prime Title") is a Delaware corporation with a principal office address of 2 Park Central Drive, Southborough, MA 01772.

5. The Defendant, Erin McSweeney, Esq. ("McSweeney"), is an attorney licensed to practice in the Commonwealth of Massachusetts with a residential address of 3 Admirals Lane Road, Southborough, MA 01772.

6. The Defendant, Peter C. Pappas, Esq. ("Pappas"), is an attorney licensed to practice in the Commonwealth of Massachusetts with a residential address of 98 Harpin Street, Bellingham, MA 02019.

7. The Defendant, the Massachusetts IOLTA Committee, as appointed by the Justices of the Supreme Judicial Court, is located at Seven Winthrop Square, 3rd Floor, Boston, MA 02110-1245.

## FACTS

8. Prime Mortgage Financial, Inc. ("the Debtor") filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code on January 29, 2008.

9. The Trustee was appointed thereafter on January 30, 2008.

10. Prime Title was organized by Aris Pappas, the President, Treasurer, Secretary and Director of the Debtor corporation to handle a majority of the Debtor's closings.

11. McSweeney and Pappas were retained by Prime Title to conduct closings for the Debtor.

12. Upon information and belief, there are two Prime Title conveyancing accounts currently open at Citizens Bank ("Prime Title Accounts"), of which some or all of the funds being held in these accounts are the property of the Debtor. See account statements attached hereto as Exhibit A.

13. Upon information and belief, Pappas holds an IOLTA account at Citizens Bank ("Pappas IOLTA Account") of which some or all of the funds being held in this account are the

property of the Debtor. See account statements attached hereto as <u>Exhibit B</u>.

14. Upon information and belief, McSweeney holds an IOLTA account ("McSweeney IOLTA Account") of which some or all of the funds being held in the account are the property of the Debtor.

15. On or about October 16, 2008, the Trustee sent a demand letter to Prime Title and Pappas demanding an accounting and turnover of the funds belonging to the bankruptcy estate.

16. As of the date of this complaint, neither Prime Title, Pappas nor McSweeney have supplied the Trustee with an accounting or turned over any of the funds.

17. Interest accruing on the IOLTA accounts is property of the Massachusetts IOLTA Committee and must be accounted for and turned over.

18. The Trustee is seeking an accounting and turnover of any of the funds being held on behalf of the Debtor.

## COUNT 1

### TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §542
(Prime Title Services, Inc.)

19. The Trustee restates and realleges Paragraphs 1 through 18.

20. Pursuant to 11 U.S.C. § 541, the bankruptcy estate includes all legal or equitable interests of the debtor as of the commencement of the bankruptcy case and property acquired after the commencement of the case.

21. The funds currently held in the Prime Title Accounts were property of the Debtor at the commencement of the bankruptcy estate.

22. Prime Title has refused to turnover the funds despite the Trustee's request.

23. Prime Title is still in possession of funds belonging to the Debtor's bankruptcy estate.

WHEREFORE, the Trustee prays that this court (1) order Prime Title to perform an accounting of the funds in its possession being held on behalf of Prime Mortgage Financial Inc., (2) order Prime Title to turnover the funds in its possession being held on behalf of Prime Mortgage Financial Inc., and (3) grant such other relief as the Court deems just.

## COUNT II

### TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §542
(Erin McSweeney)

24. The Trustee restates and realleges Paragraphs 1 through 23.

25. Pursuant to 11 U.S.C. § 541, the bankruptcy estate includes all legal or equitable interests of the debtor as of the commencement of the bankruptcy case and property acquired after the commencement of the case.

26. The funds currently held in McSweeney's IOLTA Account were property of the Debtor at the commencement of the bankruptcy estate.

27. McSweeney has failed or refused to turnover the funds.

28. McSweeney is still in possession of funds belonging to the Debtor's bankruptcy estate.

WHEREFORE, the Trustee prays that this court (1) order McSweeney to perform an accounting of the funds in her possession being held on behalf of Prime Mortgage Financial Inc., (2) order McSweeney to turnover the funds in her possession being held on behalf of Prime Mortgage Financial Inc., and (3) grant such other relief as the Court deems just.

## COUNT III

### TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §542
(Peter Pappas)

29. The Trustee restates and realleges Paragraphs 1 through 28.

30. Pursuant to 11 U.S.C. § 541, the bankruptcy estate includes all legal or equitable interests of the debtor as of the commencement of the bankruptcy case and property acquired after the commencement of the case.

31. The funds currently held in Pappas's IOLTA Account were property of the Debtor at the commencement of the bankruptcy estate.

32. Pappas has failed or refused to turnover the funds.

33. Pappas is still in possession of funds belonging to the Debtor's bankruptcy estate.

WHEREFORE, the Trustee prays that this court (1) order Pappas to perform an accounting of the funds in his possession being held on behalf of Prime Mortgage Financial Inc., (2) order Pappas to turnover the funds in his possession being held on behalf of Prime Mortgage Financial Inc., and (3) grant such other relief as the Court deems just.

David M. Nickless, Trustee


/S/ Susan H. Christ
David M. Nickless, Esq.
Susan H. Christ, Esq.
Nickless and Phillips, P.C.
625 Main Street
Fitchburg, MA  01420
(978) 342-4590
BBO No. 371290
BBO No. 664354
schrist.nandp@verizon.net

# EXHIBIT A

**Citizens Bank**

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US002 BR222

PRIME TITLE SERVICES
CONVEYANCING ACCOUNT
2 PARK CENTRAL DR 3RD
SOUTHBOROUGH MA   01772


**RECEIVED**
DEC 0 8 2008

**Business Partners III
Account Statement**

**1** OF 2

Beginning November 01, 2008
through November 30, 2008

## Contents

| | |
|---|---|
| Summary | Page 1 |
| Checking | Page 2 |

## Business Partners Checking III Summary

| Account | Account Number | Balance Last Statement | Balance This Statement |
|---|---|---|---|
| DEPOSIT BALANCE | | | |
| **Checking** | | | |
| Business Partners Checking III | | 4,760.52 | 4,760.52 |
| | | | |
| Monthly combined balance to waive monthly fee is | | 50,000.00 | |
| Your monthly combined balance this statement period is | | 4,760.52 | |

PRIME TITLE SERVICES
CONVEYANCING ACCOUNT
**Business Partners Checking III**

= **Total Deposit Balance**
4,760.52

= **Total Relationship Balance**
4,760.52

Member FDIC  Equal Housing Lender

## Citizens Bank

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**RECEIVED DEC 0 8 2008**

**Commercial Account Statement**

**1** OF **1**

Beginning November 01, 2008
through November 30, 2008

US002 BR222
PRIME TITLE SERVICES CONVEYANCING IOLTA
IOLTA
PETER PAPPAS ATTORNEY AT LAW
2 PARK CENTRAL DRIVE
SOUTHBOROUGH MA  01772

### Commercial Checking

**SUMMARY**

| Balance Calculation | | Balance | |
|---|---|---|---|
| Previous Balance | 10,089.09 | Average Daily Balance | 10,080.32 |
| Checks | .00 - | *Interest* | |
| Debits | 9.39 - | Current Interest Rate | .55% |
| Deposits & Credits | .00 + | Annual Percentage Yield Earned | .59% |
| Interest Paid | 4.85 + | Number of Days Interest Earned | 30 |
| Current Balance | 10,084.55 = | Interest Earned | 4.85 |
| | | Interest Paid this Year | 118.56 |

PRIME TITLE SERVICES CONVEYANC
IOLTA
PETER PAPPAS ATTORNEY AT LAW
IOLTA Checking


**Previous Balance**
10,089.09

**TRANSACTION DETAILS**

**Debits**

**Other Debits**

| Date | Amount | Description |
|---|---|---|
| 11/03 | 9.39 | DDA Interest Transfer |

⊖ **Total Debits**
9.39

**Interest**

| Date | Amount | Description |
|---|---|---|
| 11/28 | 4.85 | Interest |

⊕ **Total Interest Paid**
4.85

⊜ **Current Balance**
10,084.55

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/03 | 10,079.70 | 11/28 | 10,084.55 | | |

**NEWS FROM CITIZENS**

--Give Help. Give Hope. Be Inspired. Please join us in saluting our new Champions in Action at citizensbank.com/community.

Member FDIC   Equal Housing Lender

# EXHIBIT B

## Citizens Bank

1-800-862-6200

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US002 BR222

PETER C PAPPAS ATTY AT LAW
IOLTA
2 PARK CENTRAL DRIVE
SOUTHBOROUGH MA   01772



**Commercial Account Statement**

 OF  1

Beginning November 01, 2008
through November 30, 2008

---

### Commercial Checking

**SUMMARY**

| Balance Calculation | | Balance | |
|---|---|---|---|
| Previous Balance | 9,387.05 | Average Daily Balance | 9,387.05 |
| Checks | .00 − | *Interest* | |
| Debits | .00 − | Current Interest Rate | .55% |
| Deposits & Credits | .00 + | Annual Percentage Yield Earned | .59% |
| Interest Paid | 4.51 + | Number of Days Interest Earned | 30 |
| Current Balance | 9,391.56 = | Interest Earned | 4.51 |
| | | Interest Paid this Year | 110.01 |

PETER C PAPPAS ATTY AT LAW
IOLTA
**IOLTA Checking**

**Previous Balance**
9,387.05

(+) **Total Interest Paid**
4.51

(=) **Current Balance**
9,391.56

**TRANSACTION DETAILS**
*Interest*

| Date | Amount | Description |
|---|---|---|
| 11/28 | 4.51 | Interest |

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/28 | 9,391.56 | | | | |

**NEWS FROM CITIZENS**

--Give Help. Give Hope. Be Inspired. Please join us in saluting our new Champions in Action at citizensbank.com/community.

Member FDIC   Equal Housing Lender

Received DEC 0 8 2008