UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                              Chapter 7

Prime Mortgage Financial, Inc.     Case No. 08-40238-JBR
        Debtor


RESPONSE OF ARIS H. PAPPAS TO
TRUSTEE'S OBJECTION TO CLAIM NUMBER 59

Creditor Aris H. Pappas files the following response to the Trustee's Objection to Claim Number 59:

1. The trustee filed an objection to Claim Number 59 of Aris H. Pappas alleging that there was no documentation attached to substantiate the claimant's salary or the right to priority. Pappas has filed herewith an Amended Proof of Claim 59 (also attached hereto) which contains documentation to substantiate the claim and right to priority.

2. The original claim listed an incorrect amount. The amended claim is for $105,000 in accrued salary of $10,950 is entitled to priority as it was incurred within 180 days of the filing of the petition or the cessation of the debtor's business.

3. The claimant Aris H. Pappas was the president of the Debtor corporation and worked full time for the debtor corporation up until the filing of the petition. Pappas has not received any salary from the debtor since May 31, 2007 and the claim does not exceed the reasonable value of the services pursuant to §502(b)(4).

4. The trustee has also filed Adversary No. 09-04047 against Aris H. Pappas and Toyota Motor Credit Corp. If the Court does not overrule the trustee's objection to Pappas claim, Pappas suggests that the Objection to his claim should be consolidated with Adversary No. 09-04047.

WHEREFORE, Aris H. Pappas requests that the Court overrule the trustee's objection to Claim Number 59.

ARIS H. PAPPAS
By his Attorney,

/s/ John O. Desmond
Dated:   May 15, 2009   _____
John O. Desmond (BBO 554580)
24 Union Avenue
Framingham, MA 01702
Tel: (508) 879-9638
Email: john.desmond@jdesmond.com

CERTIFICATE OF SERVICE

May 15, 2009

      I, John O. Desmond, certify under the pains and penalties of perjury that on this date, true and correct copies of the foregoing RESPONSE OF ARIS H. PAPPAS TO TRUSTEE'S OBJECTION TO CLAIM NUMBER 59 were served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing:

United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

David M. Nickless, Esq.
Susan H. Christ, Esq.          Attorney for Trustee
Nickless & Philips, PC
625 Main Street
Fitchburg, MA 01420

Taruna Garg, Esq.           Attorney for Debtor
Murtha Cullina
99 High Street
Boston, MA 02110

Paul Carey, Esq.            Attorney for 371 Turnpike Road, LLC
Mirick O'Connell
100 Front Street
Worcester, MA 01608-1477

Peter F. Shea, Esq.          Attorney for PFR Essex Waterman LLC
Carolan, Greeley, Shea & Machado
65 Franklin Street
Boston, MA 02110-1303

Timothy J. Chapman, Esq.     Attorney for City of East Providence
Assistant City Solicitor
145 Taunton Avenue
East Providence, RI 02914

Paul J. O'Riordan, Esq.　　　　　　　Attorney for Vernon Theater, LLC
Philip F. Coppinger, Esq
Seder & Chandler
339 Main Street
Worcester, MA 01608

Keith E. Toms, Esq.　　　　　　　　Attorney for Mobility Services International
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110


　　　　　　　　　　　　　　　　　/s/ John O. Desmond
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　John O. Desmond

B10 (Official Form 10) (12/08)

**United States Bankruptcy Court**
**District of Massachusetts**

PROOF OF CLAIM

Name of Debtor: Prime Mortgage Financial, Inc.

Case Number: 08-40238-JBR

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtors owes money or property):
Aris H. Pappas

☑ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
C/O John Desmond, 24 Union Avenue
Framingham, MA 01702

Court Claim Number: 59
(if known)

Filed on: May 27, 2008

Telephone:

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone:

1. Amount of Claim as of Date Case Filed: $ 105,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Services performed
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: ___ ___
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).
If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☑ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:
$ 10,950.00

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Date: 5/15/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                Chapter 7

Prime Mortgage Financial, Inc.       Case No. 08-40238-JBR
          Debtor

SUMMARY OF AMENDED PROOF OF CLAIM

Aris H. Pappas files this Amended Proof of Claim Number 59 to correct the amount listed in the original proof of claim. The Claimant was the President of the Debtor corporation and is owed $105,000 in accrued salary from the Debtor as of the petition date January 29, 2008, as set forth on the Debtor's A/P Aging Report dated January 14, 2008. (See Exhibit A, Page 8). The claimant's salary as President of the Debtor was $35,000 per month. The claimant was owed accrued salary of $35,000 as of October 15, 2007 as set forth on the spreadsheet attached hereto as Exhibit B. An additional $70,000 in salary was accrued between October 16, 2007 and January 14, 2008.

The claimant originally filed a proof of claim in the amount of $49,875. This figure was mistakenly taken from a Spreadsheet on Executive Compensation as of May 31, 2007, (See Exhibit C) that combined the accrued salary of Aris H. Pappas ($35,000) with the accrued salary of Erin McSweeney ($14,875).

The claim is filed as an unsecured claim with priority under 11 U.S.C. §507(a)(4)(A) for salary accrued within 90 days of the petition or cessation of the debtor's business.

# EXHIBIT A

# Prime Mortgage Financial, Inc.
## A/P Aging Summary
### As of January 14, 2008

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---:|---:|---:|---:|---:|
| **1st Appraisal Choice** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| **A-TECH APPRAISAL CO, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| **AAA Appraisal Service - IL** | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| **Aberdeen Appraisal Services** | 0.00 | 275.00 | 375.00 | 0.00 | 0.00 |
| **Absolute Value, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 3,775.00 |
| **Accurate Real Estate Appr-FL** | 0.00 | 0.00 | 100.00 | 0.00 | 0.00 |
| **Affiliated Appraisal-MA** | 0.00 | 0.00 | 300.00 | 0.00 | 0.00 |
| **Alexander, Aronson, Finning & Co.** | 0.00 | 0.00 | 0.00 | 10,867.00 | 0.00 |
| **ALG Appraisals** | 0.00 | 0.00 | 125.00 | 0.00 | 0.00 |
| **Alpha Omega Appraisals, Inc. - VA** | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| **AMC Appraisal Co., Inc.** | 0.00 | 0.00 | 300.00 | 0.00 | 0.00 |
| **American Express** | 0.00 | 11,281.03 | 14,383.90 | 0.00 | 0.00 |
| **Angela Millington-Appraiser** | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 |
| **Appraisal Associates of New England-CT** | 0.00 | 0.00 | 0.00 | 650.00 | 975.00 |
| **Appraisal Master Inc.** | 500.00 | 300.00 | 1,675.00 | 600.00 | 725.00 |
| **Appraisal Resources of CT, Inc.** | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 |
| **Appraisals Unlimited-MA** | 0.00 | 0.00 | 350.00 | 0.00 | 0.00 |
| **AppraiseRI** | 0.00 | 0.00 | 0.00 | 0.00 | 425.00 |
| **Ascension Appraisal** | 0.00 | 1,500.00 | 275.00 | 0.00 | 1,000.00 |
| **Ashley, Scarborough, and Pierce** | 0.00 | 325.00 | 350.00 | 325.00 | 0.00 |
| **AT&T-Tel** | 0.00 | 840.01 | 854.55 | 0.00 | 0.00 |
| **Atlas Watersystems, Inc.** | 0.00 | 136.50 | 0.00 | 136.50 | 273.00 |
| **Aurora Loan Services, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 |
| **Avenue Appraisal Company, Inc.** | 0.00 | 725.00 | 275.00 | 0.00 | 1,300.00 |
| **Bankers Residential** | 0.00 | 395.00 | 1,760.00 | 1,480.00 | 9,205.00 |
| **Barnett Appraisal Service** | 0.00 | 450.00 | 0.00 | 0.00 | 0.00 |
| **Barry Electric & Communication** | 0.00 | 0.00 | 0.00 | 1,521.00 | 2,441.81 |
| **Baseline Appraisal Services** | 575.00 | 3,025.00 | 3,700.00 | 2,950.00 | 550.00 |
| **Bay State Gas** | 0.00 | 24.80 | 17.83 | 0.00 | 0.00 |
| **Beacham Appraisal Service, Inc.** | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 |
| **Beacon Appraisal Company, Inc - ME** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| **Belmont & Crystal Springs** | 0.00 | 0.00 | 80.63 | 49.15 | 131.23 |
| **Berge Associates, Inc. - MA** | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| **BH Appraisal Services** | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 |
| **BHF Printing, Inc.** | 0.00 | 15.75 | 209.98 | 462.12 | 388.89 |
| **Bill Bouthiette Associates** | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 |
| **Billing Solutions** | 0.00 | 0.00 | 141.65 | 0.00 | 0.00 |
| **Blanchet Real Estate Services, Inc.** | 0.00 | 0.00 | 0.00 | 450.00 | 0.00 |
| **Bomba Gargano Valution, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| **Bowditch & Dewey, LLP** | 0.00 | 0.00 | 0.00 | 0.00 | 73,770.02 |
| **Box & Associates, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| **Boyle Appraisal Group** | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| **Brodley Appraisals - MA** | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| **Central Mass Evaluations** | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 |
| **Cintas Document Management** | 297.00 | 314.00 | 267.50 | 0.00 | 0.00 |
| **Citi Home Equity** | 0.00 | 0.00 | 0.00 | 0.00 | 1,956.25 |
| **CitiMortgage Correspondent Lending** | 16,158.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| **City of East Providence** | 218.96 | 0.00 | 218.96 | 0.00 | 0.00 |
| **Coast Line Appraisals** | 0.00 | 0.00 | 0.00 | 0.00 | 275.00 |
| **Collier Residential Appraisal Inc** | 0.00 | 0.00 | 275.00 | 0.00 | 0.00 |

# Prime Mortgage Financial, Inc.
## A/P Aging Summary
### As of January 14, 2008

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---|---|---|---|---|
| **Colonial Appraisal Services, LLC-CT** | 0.00 | 0.00 | 0.00 | 500.00 | 550.00 |
| **Connecticut Mortgage Bankers Association** | 0.00 | 0.00 | 0.00 | 0.00 | 675.00 |
| **Conversent Communications-ONE** | 0.00 | 340.41 | 329.24 | 335.87 | 0.00 |
| **CoreLogic Systems** | 0.00 | 13.00 | 0.00 | 0.00 | 0.00 |
| **Corporation Service Company (CSC)** | 0.00 | 0.00 | 137.16 | 0.00 | 0.00 |
| **Countryway Appraisals** | 0.00 | 0.00 | 0.00 | 350.00 | 1,050.00 |
| **Coverall of Southern New England** | 0.00 | 0.00 | 429.00 | 429.00 | 333.67 |
| **Craftsmen Machinery Co., Inc.** | 0.00 | 0.00 | 517.50 | 345.00 | 2,092.38 |
| **Crystal Rock Bottled Water** | 87.70 | 35.03 | 0.65 | 45.75 | 125.55 |
| **Cullen Electrical Contractors, Inc.** | 0.00 | 0.00 | 437.67 | 0.00 | 0.00 |
| **Cummings Appraisal Service** | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| **DANKA** | 0.00 | 0.00 | 2,751.54 | 0.00 | 0.00 |
| **David Houppert** | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| **DeSalvo & Son-PROTECH** | 0.00 | 715.08 | 2,736.47 | 0.00 | 2,867.20 |
| **Dolan Appraisal Company, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 1,025.00 |
| **Durette Appraisals, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| **Elizabeth A. Clemenzi** | 0.00 | 0.00 | 0.00 | 0.00 | 825.00 |
| **Emerald Valley Appraisal** | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| **Excel Communications -TX** | 0.00 | 55.68 | 54.50 | 55.76 | 0.00 |
| **Factual Data Corp.-Boston** | 36.01 | 35.35 | 0.00 | 69.19 | 2,471.24 |
| **Fannie Mae** | 0.00 | 5,292.00 | 5,586.00 | 5,439.00 | 10,400.25 |
| **Federico Appraisal Service** | 0.00 | 0.00 | 0.00 | 100.00 | 1,425.00 |
| **First American Flood Data** | 0.00 | 0.00 | 640.00 | 0.00 | 0.00 |
| **First Fidelity Appraisal Sv of NE** | 0.00 | 0.00 | 0.00 | 750.00 | 1,175.00 |
| **FIS Flood Services** | 120.00 | 1,380.00 | 2,000.00 | 1,520.00 | 4,600.00 |
| **Gilbert Appraisals - ME** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| **Grasso Appraisal Services, Inc.** | 0.00 | 0.00 | 0.00 | 125.00 | 275.00 |
| **Graybar Financial Services, LLC-IL** | 322.67 | 642.92 | 643.12 | 643.12 | 0.00 |
| **Greatland** | 0.00 | 0.00 | 0.00 | 321.77 | 0.00 |
| **Greg Bouchillon** | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| **Groleau & Groleau, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| **Guardian Mortgage Documents, Inc.** | 0.00 | 0.00 | 0.00 | 35.00 | 420.00 |
| **Hansen Quality** | 0.00 | 0.00 | 0.00 | 324.00 | 156.00 |
| **Hartford Insurance** | 0.00 | 1,511.60 | 0.00 | 0.00 | 0.00 |
| **ICL Appraisals** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| **Idearc Media** | 0.00 | 0.00 | 35.00 | 35.00 | 1,807.80 |
| **Impulse Appraisal** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| **Info-Tech Research Group Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 990.00 |
| **Izzo Appraisal Services-MA** | 0.00 | 0.00 | 700.00 | 0.00 | 0.00 |
| **James M. Cline - TX** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| **Jones Appraisal Service, Inc. -GA** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| **K&K Quality Appraisal Inc** | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 |
| **K&R Appraisal Services** | 0.00 | 0.00 | 300.00 | 0.00 | 0.00 |
| **Kevin Silva Snow Plowing** | 0.00 | 0.00 | 0.00 | 0.00 | 87.50 |
| **Landrith Appraisal - SC** | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 |
| **LandSafe Appraisal Services** | 0.00 | 0.00 | 0.00 | 0.00 | 10,580.00 |
| **Larry A. Stotts R.E. Appraisals, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| **Lending Tree, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 9,244.00 |
| **Lighthouse Appraisals - CT** | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| **Lind Appraisals** | 0.00 | 0.00 | 325.00 | 525.00 | 2,125.00 |

# Prime Mortgage Financial, Inc.
## A/P Aging Summary
### As of January 14, 2008

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---:|---:|---:|---:|---:|
| **Lydon Appraisal Group** | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| **Mackey Appraisal Services** | 0.00 | 0.00 | 0.00 | 0.00 | 725.00 |
| **Mannino Appraisers** | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| **Mass Buying Power** | 0.00 | 180.00 | 0.00 | 0.00 | 30.00 |
| **Mass Cleaning Company** | 0.00 | 0.00 | 0.00 | 0.00 | 1,344.00 |
| **MBI Graphics & Printing Corp.** | 0.00 | 0.00 | 0.00 | 446.65 | 2,357.55 |
| **McCammon & Associates** | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| **MERS** | 0.00 | 396.00 | 0.00 | 0.00 | 0.00 |
| **MGIC Investor Services Corporation** | 820.00 | 10.00 | 2,140.00 | 0.00 | 0.00 |
| **Middleberg, Riddle & Gianna** | 0.00 | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| **Middlesex Appraisal Associates** | 0.00 | 0.00 | 300.00 | 325.00 | 2,600.00 |
| **Minuteman Security Technologies** | 24.95 | 24.95 | 24.95 | 24.95 | 24.95 |
| **Mobility Services International, LLC** | 0.00 | 5,900.00 | 5,900.00 | 11,800.00 | 64,900.00 |
| **Monster, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 899.96 |
| **Nabors Appraisal Company** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| **NAII** | 0.00 | 1,818.18 | 1,818.18 | 1,818.18 | 0.00 |
| **National Grid-0005-MA** | 1,065.99 | 3,847.29 | 3,684.07 | 4,775.52 | 311.35 |
| **National Grid-0049-RI** | 0.00 | 631.34 | 550.48 | 631.82 | 0.00 |
| **National Grid-1048-RI** | 0.00 | 396.07 | 74.16 | 15.44 | 0.00 |
| **National Registered Agents, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| **NEBS** | 0.00 | 0.00 | 0.00 | 0.00 | 625.30 |
| **Newport Appraisal Group** | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| **North Atlantic Appraisal - MA** | 0.00 | 0.00 | 0.00 | 0.00 | 415.00 |
| **NSTAR-Electric** | 0.00 | 433.83 | 578.54 | 793.51 | 0.00 |
| **NSTAR-Gas** | 0.00 | 0.00 | 0.00 | 0.00 | -282.49 |
| **O'Malley, O'Rourke & Bezz Appraisal Assoc** | 0.00 | 0.00 | 0.00 | 300.00 | 0.00 |
| **Oak Creek Appraisal Co., LLC** | 0.00 | 0.00 | 300.00 | 600.00 | 1,975.00 |
| **Olympic Appraisals, Inc.** | 0.00 | 600.00 | 1,000.00 | 300.00 | 0.00 |
| **Owens Appraisal Services** | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 |
| **Paul E. Phaneuf Appraisers** | 0.00 | 0.00 | 325.00 | 0.00 | 0.00 |
| **PC Mall** | 0.00 | 0.00 | 0.00 | 0.00 | 194.56 |
| **Pitney Bowes** | 0.00 | 2,082.99 | 0.00 | 15.75 | 0.00 |
| **PMI Mortgage Insurance Co.** | 0.00 | 0.00 | 0.00 | 435.00 | 25.00 |
| **Poland Springs** | 0.00 | 62.81 | 75.95 | 164.93 | 57.83 |
| **Prescott Appraisal Service, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 725.00 |
| **Prime Appraisals, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| **Prints Made Easy** | 0.00 | 0.00 | 0.00 | 0.00 | 59.67 |
| **Progressive R.E. Appraisal Svc** | 0.00 | 850.00 | 200.00 | 1,375.00 | 2,700.00 |
| **Property Consultants, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| **Purchase Power** | 0.00 | 0.00 | 530.82 | 985.95 | 0.00 |
| **R & M Appraisals** | 0.00 | 0.00 | 0.00 | 500.00 | 300.00 |
| **Rapid Appraisals, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| **RCI Residential - CT** | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| **Real Estate Appraisers & Consultant - GA** | 0.00 | 0.00 | 0.00 | 0.00 | 725.00 |
| **RENT-E PROV RI, RFP Essex W** | 0.00 | 0.00 | 5,385.00 | 5,385.00 | 97.00 |
| **RENT-HAMDEN CONN, S7r Properties** | 0.00 | 0.00 | 4,959.50 | 0.00 | 0.00 |
| **RENT-MARSHFIELD, Scituate Fed** | 0.00 | 0.00 | 6,212.92 | 0.00 | 0.00 |
| **RENT-Mid RI, Aquidneck Ave. Equities, LLC** | 0.00 | 0.00 | 903.50 | 0.00 | 0.00 |
| **RENT-SB, 371 Turnpike Road LLC** | 0.00 | 0.00 | 32,888.50 | 32,888.50 | 98,665.50 |
| **RENT-WORC, Vernon Theatre L.L.C.** | 0.00 | 0.00 | 0.00 | 0.00 | 214.95 |

# Prime Mortgage Financial, Inc.
## A/P Aging Summary
### As of January 14, 2008

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---:|---:|---:|---:|---:|
| **Royal Appraisal Services** | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 |
| **Rynne, Murphy & Associates, Inc** | 0.00 | 0.00 | 275.00 | 0.00 | 0.00 |
| **S & S Appraisal Associates, Inc.** | 0.00 | 0.00 | 0.00 | 400.00 | 0.00 |
| **Schofield, Appraisers & Consultants** | 0.00 | 350.00 | 350.00 | 800.00 | 1,620.00 |
| **Service Link / Previously ATM** | 0.00 | 450.00 | 220.00 | 0.00 | 2,230.00 |
| **Shred-it  RI** | 0.00 | 0.00 | 70.00 | 70.00 | 140.00 |
| **Shred-It  CT** | 0.00 | 0.00 | 98.58 | 98.88 | 326.27 |
| **SinnenGreen & Associates** | 0.00 | 0.00 | 0.00 | 0.00 | 425.00 |
| **Staples Business Advantage** | 1,167.60 | 667.81 | 1,844.23 | 859.71 | 2,490.83 |
| **Statewide Appraisal Service, Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| **Strand Appraisal Services, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| **Summit Appraisal Services-CO** | 0.00 | 0.00 | 0.00 | 0.00 | -375.00 |
| **TALX** | 0.00 | 279.60 | 281.10 | 413.40 | 460.80 |
| **The Boecherer House** | 0.00 | 0.00 | 0.00 | 302.00 | 0.00 |
| **The Carolina Appraisal Group** | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 |
| **The Forrester Company** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| **The Real Estate Analyst** | 0.00 | 325.00 | 0.00 | 0.00 | 0.00 |
| **The Turning Point, Inc.** | 0.00 | 0.00 | 0.00 | 21.90 | 94.90 |
| **Thomas W. Steinhart** | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| **Town of Auburn** | 47.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Town of Marshfield** | 21.38 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Town of Southborough** | 467.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Tri-County Appraisals of SW Florida, Inc** | 0.00 | 350.00 | 0.00 | 0.00 | 0.00 |
| **Truaccess Appraisals, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| **United Appraisals, Inc.-FL** | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| **United Guaranty** | 0.00 | 110.00 | 405.00 | 825.00 | 2,095.00 |
| **UPS** | 0.00 | 0.00 | 0.00 | 57.95 | 0.00 |
| **Vadala Real Estate Appraisals, Inc.** | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 |
| **Verifications, Inc.** | 0.00 | 0.00 | 0.00 | 99.25 | 0.00 |
| **Verizon-Access** | 0.00 | 1,346.42 | 1,329.80 | 0.00 | 0.00 |
| **Verizon-NY** | 0.00 | 145.26 | 126.89 | 0.00 | 0.00 |
| **Verizon-PA 28003** | 17.16 | 196.51 | 1,298.18 | 0.00 | 0.00 |
| **Verizon-SB (Worc)** | 2,914.73 | 4,657.98 | 5,109.00 | 367.43 | 0.00 |
| **Verizon Wireless** | 0.00 | 314.44 | 433.48 | 0.00 | 0.00 |
| **Viking Appraisal, LLC** | 0.00 | 350.00 | 0.00 | 0.00 | 0.00 |
| **VirPack** | 0.00 | 2,400.00 | 0.00 | 0.00 | 0.00 |
| **Wells Fargo Financial Leasing** | 0.00 | 989.98 | 1,376.85 | 0.00 | 0.00 |
| **Whittemore Appraisal** | 0.00 | 0.00 | 350.00 | 0.00 | 0.00 |
| **Windham Real Property Appraisals, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| **Wolters Kluwer Financial Services** | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| **TOTAL** | **24,863.00** | **62,119.62** | **127,077.53** | **101,335.95** | **359,569.72** |

**Aris Pappas**
**Accrued salary for Aris Pappas**
**Accrued salary for Erin McSweeney**
**Disputed receivable William Poutre**
**James Ryder 2003 Bonus**

`

# Prime Mortgage Financial, Inc.
## A/P Aging Summary
### As of January 14, 2008

| | TOTAL |
|---|---:|
| 1st Appraisal Choice | 350.00 |
| A-TECH APPRAISAL CO, LLC | 800.00 |
| AAA Appraisal Service - IL | 900.00 |
| Aberdeen Appraisal Services | 650.00 |
| Absolute Value, Inc. | 3,775.00 |
| Accurate Real Estate Appr-FL | 100.00 |
| Affiliated Appraisal-MA | 300.00 |
| Alexander, Aronson, Finning & Co. | 5,597.00 |
| ALG Appraisals | 125.00 |
| Alpha Omega Appraisals, Inc. - VA | 325.00 |
| AMC Appraisal Co., Inc. | 300.00 |
| American Express | 25,664.93 |
| Angela Millington-Appraiser | 1,800.00 |
| Appraisal Associates of New England-CT | 1,625.00 |
| Appraisal Master Inc. | 3,800.00 |
| Appraisal Resources of CT, Inc. | 200.00 |
| Appraisals Unlimited-MA | 350.00 |
| AppraiseRI | 425.00 |
| Ascension Appraisal | 2,775.00 |
| Ashley, Scarborough, and Pierce | 1,000.00 |
| AT&T-Tel | 1,694.56 |
| Atlas Watersystems, Inc. | 546.00 |
| Aurora Loan Services, Inc. | 450.00 |
| Avenue Appraisal Company, Inc. | 2,300.00 |
| Bankers Residential | 12,840.00 |
| Barnett Appraisal Service | 450.00 |
| Barry Electric & Communication | 3,962.81 |
| Baseline Appraisal Services | 10,800.00 |
| Bay State Gas | 42.63 |
| Beacham Appraisal Service, Inc. | 50.00 |
| Beacon Appraisal Company, Inc - ME | 350.00 |
| Belmont & Crystal Springs | 261.01 |
| Berge Associates, Inc. - MA | 300.00 |
| BH Appraisal Services | 300.00 |
| BHF Printing, Inc. | 1,076.74 |
| Bill Bouthiette Associates | 300.00 |
| Billing Solutions | 141.65 |
| Blanchet Real Estate Services, Inc. | 450.00 |
| Bomba Gargano Valution, Inc. | 350.00 |
| Bowditch & Dewey, LLP | 60,140.25 |
| Box & Associates, Inc. | 325.00 |
| Boyle Appraisal Group | 325.00 |
| Brodley Appraisals - MA | 500.00 |
| Central Mass Evaluations | 325.00 |
| Cintas Document Management | 878.50 |
| Citi Home Equity | 1,956.25 |
| CitiMortgage Correspondent Lending | 16,158.87 |
| City of East Providence | 437.92 |
| Coast Line Appraisals | 275.00 |
| Collier Residential Appraisal Inc | 275.00 |

# Prime Mortgage Financial, Inc.
## A/P Aging Summary
### As of January 14, 2008

| | TOTAL |
|---|---:|
| **Colonial Appraisal Services, LLC-CT** | 1,050.00 |
| **Connecticut Mortgage Bankers Association** | 675.00 |
| **Conversent Communications-ONE** | 1,005.52 |
| **CoreLogic Systems** | 13.00 |
| **Corporation Service Company (CSC)** | 137.16 |
| **Countryway Appraisals** | 1,400.00 |
| **Coverall of Southern New England** | 1,191.67 |
| **Craftsmen Machinery Co., Inc.** | 2,954.88 |
| **Crystal Rock Bottled Water** | 294.68 |
| **Cullen Electrical Contractors, Inc.** | 437.67 |
| **Cummings Appraisal Service** | 300.00 |
| **DANKA** | 2,751.54 |
| **David Houppert** | 300.00 |
| **DeSalvo & Son-PROTECH** | 6,318.75 |
| **Dolan Appraisal Company, Inc.** | 1,025.00 |
| **Durette Appraisals, Inc.** | 250.00 |
| **Elizabeth A. Clemenzi** | 825.00 |
| **Emerald Valley Appraisal** | 50.00 |
| **Excel Communications -TX** | 165.94 |
| **Factual Data Corp.-Boston** | 2,611.79 |
| **Fannie Mae** | 26,717.25 |
| **Federico Appraisal Service** | 1,525.00 |
| **First American Flood Data** | 640.00 |
| **First Fidelity Appraisal Sv of NE** | 1,925.00 |
| **FIS Flood Services** | 9,620.00 |
| **Gilbert Appraisals - ME** | 350.00 |
| **Grasso Appraisal Services, Inc.** | 400.00 |
| **Graybar Financial Services, LLC-IL** | 2,251.83 |
| **Greatland** | 321.77 |
| **Greg Bouchillon** | 90.00 |
| **Groleau & Groleau, LLC** | 300.00 |
| **Guardian Mortgage Documents, Inc.** | 455.00 |
| **Hansen Quality** | 480.00 |
| **Hartford Insurance** | 1,511.60 |
| **ICL Appraisals** | 350.00 |
| **Idearc Media** | 1,877.80 |
| **Impulse Appraisal** | 350.00 |
| **Info-Tech Research Group Inc.** | 990.00 |
| **Izzo Appraisal Services-MA** | 700.00 |
| **James M. Cline - TX** | 350.00 |
| **Jones Appraisal Service, Inc. -GA** | 350.00 |
| **K&K Quality Appraisal Inc** | 300.00 |
| **K&R Appraisal Services** | 300.00 |
| **Kevin Silva Snow Plowing** | 87.50 |
| **Landrith Appraisal - SC** | 350.00 |
| **LandSafe Appraisal Services** | 10,580.00 |
| **Larry A. Stotts R.E. Appraisals, Inc.** | 300.00 |
| **Lending Tree, Inc.** | 9,244.00 |
| **Lighthouse Appraisals - CT** | 125.00 |
| **Lind Appraisals** | 2,975.00 |

# Prime Mortgage Financial, Inc.
## A/P Aging Summary
### As of January 14, 2008

| | TOTAL |
|---|---:|
| **Lydon Appraisal Group** | 400.00 |
| **Mackey Appraisal Services** | 725.00 |
| **Mannino Appraisers** | 50.00 |
| **Mass Buying Power** | 210.00 |
| **Mass Cleaning Company** | 1,344.00 |
| **MBI Graphics & Printing Corp.** | 2,804.20 |
| **McCammon & Associates** | 325.00 |
| **MERS** | 396.00 |
| **MGIC Investor Services Corporation** | 2,970.00 |
| **Middleberg, Riddle & Gianna** | 4,000.00 |
| **Middlesex Appraisal Associates** | 3,225.00 |
| **Minuteman Security Technologies** | 124.75 |
| **Mobility Services International, LLC** | 88,500.00 |
| **Monster, Inc.** | 899.96 |
| **Nabors Appraisal Company** | 350.00 |
| **NAII** | 5,454.54 |
| **National Grid-0005-MA** | 13,684.22 |
| **National Grid-0049-RI** | 1,813.64 |
| **National Grid-1048-RI** | 485.67 |
| **National Registered Agents, Inc.** | 15.00 |
| **NEBS** | 625.30 |
| **Newport Appraisal Group** | 750.00 |
| **North Atlantic Appraisal - MA** | 415.00 |
| **NSTAR-Electric** | 1,805.88 |
| **NSTAR-Gas** | -282.49 |
| **O'Malley, O'Rourke & Bezz Appraisal Assoc** | 300.00 |
| **Oak Creek Appraisal Co., LLC** | 2,875.00 |
| **Olympic Appraisals, Inc.** | 1,900.00 |
| **Owens Appraisal Services** | 375.00 |
| **Paul E. Phaneuf Appraisers** | 325.00 |
| **PC Mall** | 194.56 |
| **Pitney Bowes** | 2,098.74 |
| **PMI Mortgage Insurance Co.** | 460.00 |
| **Poland Springs** | 361.52 |
| **Prescott Appraisal Service, Inc.** | 725.00 |
| **Prime Appraisals, Inc.** | 300.00 |
| **Prints Made Easy** | 59.67 |
| **Progressive R.E. Appraisal Svc** | 5,125.00 |
| **Property Consultants, Inc.** | 300.00 |
| **Purchase Power** | 1,516.77 |
| **R & M Appraisals** | 800.00 |
| **Rapid Appraisals, Inc.** | 400.00 |
| **RCI Residential - CT** | 200.00 |
| **Real Estate Appraisers & Consultant - GA** | 725.00 |
| **RENT-E PROV RI, RFP Essex W** | 10,867.00 |
| **RENT-HAMDEN CONN, S7r Properties** | 4,959.50 |
| **RENT-MARSHFIELD, Scituate Fed** | 6,212.92 |
| **RENT-Mid RI, Aquidneck Ave. Equities, LLC** | 903.50 |
| **RENT-SB, 371 Turnpike Road LLC** | 164,442.50 |
| **RENT-WORC, Vernon Theatre L.L.C.** | 214.95 |

2:18 PM
01/14/08

**Prime Mortgage Financial, Inc.**
**A/P Aging Summary**
As of January 14, 2008

|  | TOTAL |
|---|---:|
| **Royal Appraisal Services** | 700.00 |
| **Rynne, Murphy & Associates, Inc** | 275.00 |
| **S & S Appraisal Associates, Inc.** | 400.00 |
| **Schofield, Appraisers & Consultants** | 3,120.00 |
| **Service Link / Previously ATM** | 2,900.00 |
| **Shred-it RI** | 280.00 |
| **Shred-It CT** | 523.73 |
| **SinnenGreen & Associates** | 425.00 |
| **Staples Business Advantage** | 7,030.18 |
| **Statewide Appraisal Service, Inc** | 200.00 |
| **Strand Appraisal Services, Inc.** | 325.00 |
| **Summit Appraisal Services-CO** | -375.00 |
| **TALX** | 1,434.90 |
| **The Boecherer House** | 302.00 |
| **The Carolina Appraisal Group** | 375.00 |
| **The Forrester Company** | 350.00 |
| **The Real Estate Analyst** | 325.00 |
| **The Turning Point, Inc.** | 116.80 |
| **Thomas W. Steinhart** | 325.00 |
| **Town of Auburn** | 47.70 |
| **Town of Marshfield** | 21.38 |
| **Town of Southborough** | 467.28 |
| **Tri-County Appraisals of SW Florida, Inc** | 350.00 |
| **Truaccess Appraisals, Inc.** | 900.00 |
| **United Appraisals, Inc.-FL** | 350.00 |
| **United Guaranty** | 3,435.00 |
| **UPS** | 57.95 |
| **Vadala Real Estate Appraisals, Inc.** | 500.00 |
| **Verifications, Inc.** | 99.25 |
| **Verizon-Access** | 2,676.22 |
| **Verizon-NY** | 272.15 |
| **Verizon-PA 28003** | 1,511.85 |
| **Verizon-SB (Worc)** | 13,049.14 |
| **Verizon Wireless** | 747.92 |
| **Viking Appraisal, LLC** | 350.00 |
| **VirPack** | 2,400.00 |
| **Wells Fargo Financial Leasing** | 2,366.83 |
| **Whittemore Appraisal** | 350.00 |
| **Windham Real Property Appraisals, LLC** | 400.00 |
| **Wolters Kluwer Financial Services** | 250.00 |
| **TOTAL** | **674,965.82** |

| | |
|---|---:|
| **Aris Pappas** | $625,000 |
| **Accrued salary for Aris Pappas** | $105,000 |
| **Accrued salary for Erin McSweeney** | $57,875 |
| **Disputed receivable William Poutre** | |
| **James Ryder 2003 Bonus** | 25,000 |

# EXHIBIT B

| Date | Salary Paid | Salary Accrued | Total Salary | Contributions | Notes |
|---|---|---|---|---|---|
| 1/31/2007 | 5,000.00 | 25,000.00 | 30,000.00 | | |
| 2/15/2007 | 10,000.00 | - | 10,000.00 | | |
| 2/28/2007 | 10,000.00 | 10,000.00 | 20,000.00 | | |
| 3/15/2007 | - | - | - | | |
| 3/30/2007 | 250,000.00 | (250,000.00) | - | 225,655.85 | Contribution was net of $250,000 paid less payroll tax withholdings |
| 3/30/2007 | | (100,000.00) | - | 100,000.00 | Accrued Salary recharacterized to Subordinated Debt |
| 3/31/2007 | - | 30,000.00 | 30,000.00 | | |
| 4/13/2007 | - | - | - | | |
| 4/30/2007 | 15,000.00 | 15,000.00 | 30,000.00 | | |
| 5/15/2007 | - | - | - | | |
| 5/31/2007 | 10,000.00 | 20,000.00 | 30,000.00 | | |
| 6/15/2007 | - | - | - | | |
| 6/30/2007 | - | 30,000.00 | 30,000.00 | | |
| 7/13/2007 | - | - | - | | |
| 7/31/2007 | - | 30,000.00 | 30,000.00 | | |
| 8/15/2007 | - | - | - | | |
| 8/31/2007 | - | (60,000.00) | (60,000.00) | | Reversed accrued salary for months of June and July 2007 |
| 9/14/2007 | - | - | - | | |
| 9/28/2007 | - | - | - | | |
| 10/15/2007 | - | - | - | | |
| 10/31/2007 | | | | | |
| 11/15/2007 | | | | | |
| 11/30/2007 | | | | | |
| 12/15/2007 | | | | | |
| 12/31/2007 | | | | | |
| Total | 300,000.00 | (250,000.00) | 150,000.00 | 325,655.85 | |

SUMMARY:

| | | |
|---|---|---|
| Total Salary paid (Gross pay) thru 10/15/07 | 320,000.00 | |
| Gross pay used to fund capital contribution on 3/30/07 | (250,000.00) | Proceeds of pay $225,655.85 applied to capital |
| Gross pay not reinvested in Prime (10/15/07) | 70,000.00 | |

| | |
|---|---|
| Accrued Salary for Aris Pappas at 12/31/06 | 285,000.00 |
| Accrued Salary taken for capital contribution (3/30/07) | (250,000.00) |
| Accrued Salary recharacterized to subordinated debt (3/30/07) | (100,000.00) |
| Salary Accrued for Aris Pappas 2007 | 100,000.00 |
| Accrued Salary on books for Aris Pappas as of 10/15/07 | 35,000.00 |

# EXHIBIT C

Executive Compensation
5/31/2007

| | | 6101-02 Salary Paid | 2211 - Accr'd Sal Paid | 2211 - Accrued Salary | | | 6101-01 Salary Paid | 2211 - Accr'd Sal Paid | 2211 - Accrued Salary |
|---|---|---|---|---|---|---|---|---|---|
| Aris | 15-Jan | - | - | 15,000 | Erin | 15-Jan | 500 | - | - |
| | 31-Jan | 5,000 | - | 10,000 | | 31-Jan | 500 | - | - |
| | 15-Feb | 10,000 | - | 5,000 | | 15-Feb | 500 | - | - |
| | 28-Feb | 10,000 | - | 5,000 | | 28-Feb | 500 | - | - |
| | 15-Mar | - | - | 15,000 | | 15-Mar | 500 | - | - |
| 1 | 31-Mar | - | (350,000) | 15,000 | | 31-Mar | 500 | - | - |
| | 15-Apr | - | - | 15,000 | | 15-Apr | 250 | - | - |
| | 30-Apr | 15,000 | - | - | | 30-Apr | 250 | - | - |
| | 15-May | - | - | 15,000 | | 15-May | 250 | - | - |
| | 31-May | 10,000 | - | 5,000 | | 31-May | 250 | - | - |
| | 15-Jun | - | - | | | 15-Jun | - | - | - |
| | 30-Jun | - | - | | | 30-Jun | - | - | - |
| | 15-Jul | - | - | | | 15-Jul | - | - | - |
| | 31-Jul | - | - | | | 31-Jul | - | - | - |
| | 15-Aug | - | - | | | 15-Aug | - | - | - |
| | 31-Aug | - | - | | | 31-Aug | - | - | - |
| | 15-Sep | - | - | | | 15-Sep | - | - | - |
| | 30-Sep | - | - | | | 30-Sep | - | - | - |
| | 15-Oct | - | - | | | 15-Oct | - | - | - |
| | 31-Oct | - | - | | | 31-Oct | - | - | - |
| | 15-Nov | - | - | | | 15-Nov | - | - | - |
| | 30-Nov | - | - | | | 30-Nov | - | - | - |
| | 15-Dec | - | - | | | 15-Dec | - | - | - |
| | 31-Dec | - | - | | | 31-Dec | - | - | - |
| | **Totals** | 50,000 | (350,000) | 100,000 | | **Totals** | 4,000 | - | - |

| | | |
|---|---|---|
| Total Salary Paid | 54,000.00 | |
| Accrued Salary Paid | | (350,000) |
| Accrued Salary | | 100,000 |
| Net Accrued Salary | | (250,000) |

| | | | Breakdown | |
|---|---|---|---|---|
| Beginning Balance | 299,875 | Aris | 385,000 |
| Net Accrued Salary | (250,000) | Erin | 14,875 |
| Total Accrued | 49,875 | | 399,875 |

| | |
|---|---|
| G/L 2211 - Accrued Salary | 29,875 |
| Diff | 20,000 |

1  Manual Check cut on 3/27 in the amount of $250,000.00 to Aris
   Promisory Note Signed 3/30 for $100,000.00