UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re
Prime Mortgage Financial, Inc.
Debtor

Chapter 7
Case No: 08-40238
Judge Joel B. Rosenthal

## MOTION FOR ENTENSION OF NONEVIDENTIARY HEARING REGARDING WILLIAM J POUTRE

1. William J. Poutre requests an extension for the non-evidentiary hearing scheduled for 6/04/09 at 10:30 AM before the Honorable Judge Joel B Rosenthal.

2. William J Poutre has communicated this request with the attorney and Trustee for the Debtor. Atty. Susan Christ of Nickless and Phillips, P.C. indicated they would not object.

3. William J Poutre makes this request due to the fact that he currently lives out of state (California) and is unable to return to Massachusetts until July 1, 2009. He must obtain representation from within Massachusetts and needs until July 1, 2009 to do so.

4. William J Poutre could attend any hearing date from July 3, 2009 through the month of August.

William J Poutre respectfully requests that the non-evidentiary hearing as it pertains to Mr. Poutre be delayed due to the reasons stated in this motion.

*/s/ William J Poutre*
William J Poutre

## CERTIFICATE OF SERVICE

I, William J Poutre, do hereby certify that I served a copy of the Motion For Extension of Nonevidentiary Hearing Regarding William J Poutre by mailing the same to the party listed below and by facsimile.

Nickless and Phillips, PC
625 Main Street
Fitchburg, MA 01420
Attn. Susan Christ

Dated: June 1, 2009

*[signature: William J Poutre]*

William J. Poutre
24 Amador
Newport Coast, CA 92657
wpoutre@csulb.edu