# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re  
Prime Mortgage Financial, Inc.  
    Debtor

Chapter 7  
No. 08-40238-JBR  
Case number 42

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

David M. Nickless, Trustee,  
    Plaintiff

v.

Adversary Proceeding  
No. 09-04046

Erin McSweeney  
    Creditor/Claimant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT, ERIN MCSWEENEY, MOTION FOR CONTINUANCE FOR HEARING
### (Emergency Determination Requested)

Now comes Erin McSweeney, Defendant/Creditor in the above styled and numbered cause, moves for a continuance in the hearing date scheduled for June 4, 2009 in the complaint pursuant to the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Massachusetts, MLBR 5071-1, and as grounds therefore respectfully shows the Court:

Hearing date needs to be rescheduled as Creditor/Claimant is traveling outside of the state on business during the scheduled hearing time. The Plaintiff has assented to rescheduling this date.

This is not for delay but that justice may be done as Claimant is not able to attend.

Respectfully submitted,

By _____  
Erin L. McSweeney  
3 Admirals Lane  
Southborough, MA  
(731) 799-0074

Dated: June 2, 2009

## CERTIFICATE OF SERVICE

I, Erin L. McSweeney, hereby certify I have served a copy of Defendant's MOTION FOR CONTINUANCE on the Plaintiff's representative by Electronic Mail/Telefax this 2nd day of June 2009.



Dated: June 2, 2009